UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 17 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEFENDERS OF WILDLIFE; et al.,<br><br>      Plaintiffs-Appellees,<br><br> v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; DEBRA ANNE HAALAND, U.S. Secretary of the Interior,<br><br>      Defendants-Appellees,<br><br> and<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA; et al.,<br><br>    Intervenor-Defendants-Appellees,<br><br> v.<br><br>AMERICAN FARM BUREAU FEDERATION; et al.,<br><br>     Movants-Appellants,<br><br> and<br><br>AMERICAN FOREST RESOURCE COUNCIL; et al.,<br><br>     Movants. | No.   21-16382<br><br>D.C. No. 4:21-cv-00344-JSW<br>Northern District of California, Oakland<br><br>ORDER |

WILDEARTH GUARDIANS; et al.,

                   Plaintiffs-Appellees,

  v.

 U.S. DEPARTMENT OF THE INTERIOR; et al.,

                   Defendants-Appellees,

  and

NATIONAL RIFLE ASSOCIATION OF AMERICA; et al.,

        Intervenor-Defendants-
        Appellees,

  v.

AMERICAN FARM BUREAU FEDERATION; et al.,

                 Movants-Appellants,

 and

AMERICAN FOREST RESOURCE COUNCIL; et al.,

                 Movants.

No.   21-16383

D.C. No. 4:21-cv-00349-JSW

---

NATURAL RESOURCES DEFENSE COUNCIL, INC.,

                 Plaintiff-Appellee,

No.   21-16384

D.C. No. 4:21-cv-00561-JSW

2

v.

 U.S. DEPARTMENT OF THE INTERIOR;
et al.,

           Defendants-Appellees,

  and

NATIONAL RIFLE ASSOCIATION OF
AMERICA; et al.,

        Intervenor-Defendants-
        Appellees,

  v.

AMERICAN FARM BUREAU
FEDERATION; et al.,

           Movants-Appellants,

 and

AMERICAN FOREST RESOURCE
COUNCIL; et al.,

           Movants.

These appeals were reopened by order dated April 11, 2024, Docket No. 51.

In an order filed on August 24, 2022, the court ruled on the merits of these interlocutory appeals and directed that the intervenors be permitted to participate in the appeals from final judgment, Docket No. 35. No further relief appears

3

warranted in these interlocutory appeals.  Unless a party files an objection, limited to no more than 5 pages, within 10 days of the filing date of this order, the mandate will issue.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT