UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 30 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEFENDERS OF WILDLIFE; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE; DEBRA ANNE HAALAND, U.S. Secretary of the Interior, <br><br> Defendants - Appellees, <br><br> and <br><br> NATIONAL RIFLE ASSOCIATION OF AMERICA; et al., <br><br> Intervenor-Defendants - Appellees, <br><br> v. <br><br> AMERICAN FARM BUREAU FEDERATION; et al., <br><br> Movants - Appellants, <br><br> and <br><br> AMERICAN FOREST RESOURCE COUNCIL; et al., | No. 21-16382 <br><br> D.C. No. 4:21-cv-00344-JSW <br> U.S. District Court for Northern California, Oakland <br><br> **MANDATE** |

| | |
|---|---|
| Movants. | |
| WILDEARTH GUARDIANS; et al., | No. 21-16383 |
| Plaintiffs - Appellees, | D.C. No. 4:21-cv-00349-JSW |
| v. | U.S. District Court for Northern California, Oakland |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants - Appellees, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA; et al., | |
| Intervenor-Defendants - Appellees, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants - Appellants, | |
| and | |
| AMERICAN FOREST RESOURCE COUNCIL; et al., | |
| Movants. | |

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | No. 21-16384 |
| Plaintiff - Appellee, | D.C. No. 4:21-cv-00561-JSW |
| v. | U.S. District Court for Northern California, Oakland |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants - Appellees, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA; et al., | |
| Intervenor-Defendants - Appellees, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants - Appellants, | |
| and | |
| AMERICAN FOREST RESOURCE COUNCIL; et al., | |
| Movants. | |

The judgment of this Court, entered August 24, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT